# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>EZEQUIEL TORRES-PALOMARES,<br><br>    Defendant. | Case No.: 19-MJ-23518-BMK-LAB<br><br>**ORDER STAYING PROCEEDNGS** |

Further proceedings in the case are stayed pending the Ninth Circuit decision in *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206, and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**IT IS SO ORDERED.**

DATED: 9/16/2019

HON. LARRY ALAN BURNS
Chief United States District Judge