UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Ezequiel TORRES-PALOMARES,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19-mj-23518-BMK-AGS<br><br>**ORDER AFFIRMING CONVICTION** |

　　　Defendant appeals his conviction for misdemeanor illegal entry under 8 U.S.C. § 1325(a) on a single ground: "prosecution for illegal entry violates equal protection." (ECF 24, at 4.) But the Ninth Circuit "reject[ed]" this argument in the context of felony illegal reentry, 8 U.S.C. § 1326, because there is not enough evidence "that Congress enacted § 1326 because of discriminatory animus against Mexicans or other Central and South Americans." *See United States v. Carrillo-Lopez*, 68 F.4th 1133, 1154 (9th Cir. 2023), *cert. denied*, 144 S. Ct. 703 (2024). That legislative history compels the same result here. *See United States v. Rizo-Rizo*, 16 F.4th 1292, 1298 (9th Cir. 2021) (noting that "both § 1325(a) and § 1326(a) were enacted together as part of the Immigration and Nationality Act of 1952"). Regardless, defendant concedes that *Carrillo-Lopez* "currently controls the analysis" and merely seeks to preserve this argument "in the event that a higher court revisits the issue." (ECF 24, at 5.) The argument is preserved, but defendant's conviction is

　　　**AFFIRMED.**

Dated: February 28, 2025

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　　　United States District Judge